UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
CHRISTIE A. L.                 :     Civ. No. 3:21CV00705(SALM)
                               :
v.                             :
                               :
KILOLO KIJAKAZI, ACTING        :
COMMISSIONER, SOCIAL SECURITY  :
ADMINISTRATION¹                :     November 4, 2021
                               :
-------------------------------x
```

**ORDER ON DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT UNDER SENTENCE FOUR OF 42 U.S.C. §405(g) WITH REVERSAL AND REMAND OF THE CAUSE TO THE DEFENDANT**

Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. §405(g) with Reversal and Remand of the Cause to the Defendant **[Doc. #23]** is **GRANTED**. Pursuant to the power of this Court to enter judgment affirming, modifying or reversing the Commissioner's decision with or without remand in Social Security actions under sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g), and in light of defendant's unopposed request to remand this action for further administrative proceedings, it is ordered that this matter be remanded to the Commissioner.

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021. She is now the proper defendant. See Fed. R. Civ. P. 25(d); 42 U.S.C. §405(g). The Clerk of the Court is directed to update the docket accordingly.

Upon remand the Appeals Council shall remand this case to an Administrative Law Judge ("ALJ") and direct the ALJ to: re-evaluate the opinions of record; consider the reports from physical therapists; re-evaluate the claimant's subjective complaints; and offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision. Plaintiff consents to this remand.

Therefore, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the case to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The clerk of the court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

SO ORDERED at New Haven, Connecticut this 4th day of November, 2021.

                                    _____/s/_____
                                    SARAH A. L. MERRIAM
                                    UNITED STATES DISTRICT JUDGE